```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 7, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANILESH AHUJA, a/k/a "Neil,"
AMIN MAJIDI, and
JEREMY SHOR,

                              Defendant.

CASE NO.: 18 Cr. 00328 (KPF)

NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that Andrew Genser is no longer associated with Kirkland & Ellis LLP and should be removed as counsel of record for Defendant, Anilesh Ahuja, a/k/a "Neil".

Kirkland & Ellis LLP continues to represent Defendant, Anilesh Ahuja, a/k/a "Neil" and requests that all future correspondence and papers in this action continue to be directed to them.

Dated: June 6, 2018

John P. Del Monaco
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: john.delmonaco@kirkland.com

*Attorneys for Defendant Anilesh Ahuja a/k/a "Neil"*

Dated: June 7, 2018
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE