UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA | |
| --- | --- |
| v. | 18 Cr. 328 (KPF) |
| ANILESH AHUJA, a/k/a "Neil," AMIN MAJIDI, and JEREMY SHOR, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and all parties of record:

Please take notice that as of March 15, 2019, attorney Sarah A. Istel is no longer associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP and should be removed as counsel of record for Defendant Anilesh Ahuja in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP and Kirkland & Ellis LLP will continue to represent Mr. Ahuja in this matter.

Dated: March 15, 2019

Dated: March 19, 2019
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*[signature]*

Richard C. Tarlowe
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3035
rtarlowe@paulweiss.com
*Attorneys for Anilesh Ahuja*