**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3311

WRITER'S DIRECT FACSIMILE
(212) 492-0311

WRITER'S DIRECT E-MAIL ADDRESS
rfinzi@paulweiss.com

[Attorney names list omitted]

*NOT ADMITTED TO THE NEW YORK BAR

April 17, 2019

**BY E-MAIL**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> *United States* v. *Anilesh Ahuja, et al.*,
> 18 Cr. 328 (KPF)

Dear Judge Failla:

      We write on behalf of Mr. Ahuja to respectfully request a brief extension of Your Honor's April 19 deadline to finalize Mr. Ahuja's bail modification permitting him to travel to India at the end of this month to visit his father. Earlier today, the Magistrate Clerk's office modified the appearance bond to add the two additional conditions Your Honor ordered on April 11, 2019, and notified us that all of the sureties on Mr. Ahuja's original appearance bond must also sign the modified bond. Mr. Ahuja and two of the three sureties either have already signed the bond or will sign the bond before the April 19 deadline. The only remaining signatory, Mr. Ahuja's wife, is on a previously scheduled international trip through Friday, April 19, and would be able to sign the modified appearance bond on Monday, April 22.

      Accordingly, Mr. Ahuja respectfully requests permission to complete the required signatures for his bond modification by April 22, 2019.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Katherine Polk Failla

Respectfully submitted,

*[signature]*

Roberto Finzi
Richard C. Tarlowe

cc: Counsel of Record

```
Application GRANTED.


Dated:  April 18, 2019          SO ORDERED.
        New York, New York
```

*[signature: Katherine Polk Failla]*

```
                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE
```

2