MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2019

BY CM/ECF

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Anilesh Ahuja, et al.
                 18 Cr. 328 (KPF)

Dear Judge Failla:

      Under the disclosure schedule agreed to by the parties and so-ordered by the Court, the Government is scheduled to produce to the defendants its 18 U.S.C. § 3500 and *Giglio* materials, and witness list, by tomorrow, April 26, 2019, in advance of the June 3 trial in this case. The Government remains prepared to make those productions tomorrow, but respectfully requests permission to defer production of those materials until the Court has ruled on defendant Anilesh Ahuja's pending motion to adjourn the trial, which the Government opposed earlier this evening. The Government is prepared to produce its §3500 materials promptly upon the resolution of the pending motion.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                  Attorney for the United States,
                                  Acting Under Authority Conferred by
                                  28 U.S.C. § 515

                    By:   /s/
                          Andrea M. Griswold
                          Joshua A. Naftalis
                          Max Nicholas
                          Assistant United States Attorneys
                          (212) 637-1205/2310/1565

Application GRANTED.

SO ORDERED.

Dated: April 25, 2019
       New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE