UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANILESH AHUJA and JEREMY SHOR,<br><br>Defendants. | 18 Cr. 328 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed the applications of Defendants Ahuja and Shor for the Court to order the Government to provide additional information concerning the discharge of its disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), *Giglio* v. *United States*, 405 U.S. 150 (1972), and the Jencks Act, 18 U.S.C. § 3500 (*see* May 6, 2019 Tarlowe Letter; May 14, 2019 Ruzumna Letter), as well as the Government's response (*see* May 13, 2019 USAO Letter).  In light of the additional detail provided in the Government's letter of May 13, 2019, the Court will not order the Government to provide supplemental disclosures at this time.  The Court's ruling is subject to two caveats: (i) the Government must, of course, comply with its continuing disclosure obligations, and (ii) the Court expects that the Government has been appropriately assiduous in obtaining, from the individuals and entity representatives it has interviewed, information and materials sufficient to discharge its discovery and disclosure obligations.  Separately, the Court notes that certain of the defense requests are substantially duplicative of applications that the Court has previously resolved; re-presenting them under the rubric of

the Government's disclosure obligations does not cause the Court to alter its prior rulings.

SO ORDERED.

Dated: May 15, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge