UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
           v.                                         :     18 Cr. 328 (KPF)
                                                      :
ANILESH AHUJA and JEREMY SHOR,                        :
                                                      :
                        Defendants.                   :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

*PLEASE CHECK (√) YOUR ANSWER*
*All jurors must agree on the answer.*

### Count One: Conspiracy to Commit Securities Fraud

How do you find the Defendant, Anilesh Ahuja?

_____ Not Guilty        __√__ Guilty

How do you find the Defendant, Jeremy Shor?

_____ Not Guilty        __√__ Guilty

### Count Two: Conspiracy to Commit Wire Fraud

How do you find the Defendant, Anilesh Ahuja?

_____ Not Guilty        __√__ Guilty

How do you find the Defendant, Jeremy Shor?

_____ Not Guilty        __√__ Guilty

2

### Count Three: Securities Fraud

How do you find the Defendant, Anilesh Ahuja?

\_\_\_\_ Not Guilty        ✓ Guilty

How do you find the Defendant, Jeremy Shor?

\_\_\_\_ Not Guilty        ✓ Guilty

### Count Four: Wire Fraud

How do you find the Defendant, Anilesh Ahuja?

\_\_\_\_ Not Guilty        ✓ Guilty

How do you find the Defendant, Jeremy Shor?

\_\_\_\_ Not Guilty        ✓ Guilty

*Please proceed to the last page of this verdict form.*

3

You are finished.   Each juror who agrees with this verdict must sign below:

_[signature]_ / _[signature]_
**Foreperson**

_[signature: Hasty]_ / _[signature]_

_[signature: Ferina Shermer]_ / _[signature]_

_[signature: M.L. Hayen]_ /

_[signature]_ / _[signature: Sybil Allen]_

_[signature: Tanya A. Thomas]_ / _[signature: Andrew Kishn]_

Dated: July 11, 2019