PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

UNIT 5201 FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT BEIJING 100020 CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING 12TH FLOOR
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3311

WRITER'S DIRECT FACSIMILE
(212) 492-0311

WRITER'S DIRECT E-MAIL ADDRESS
rfinzi@paulweiss.com

[Attorney roster omitted]

*NOT ADMITTED TO THE NEW YORK BAR

September 16, 2019

**MEMO ENDORSED**

By Email and ECF

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      *United States* v. *Anilesh Ahuja, et al.*,
      18 Cr. 328 (KPF)

Dear Judge Failla:

    We write to respectfully request that Your Honor direct the government to provide the defense a copy of the PowerPoint slides shown to the jury during the government's summation. To be clear, we are not asking for any "speaker notes," meta-data, or other information that was not shown to the jury. Rather, and as with other demonstrative aids or exhibits, we ask only that we be given a paper copy or pdf of the slides that were shown to the jury in the course of the trial. We have made this request to the government. They have declined our request, and stated that they believe that the requested slides are work product.

              Respectfully submitted,

              */s/ Roberto Finzi*
              Roberto Finzi

cc:  Counsel of Record

The Government is hereby ORDERED to respond to Defendants' September 16, 2019 letter (Dkt. #283) by **September 19, 2019.**

Dated: September 16, 2019
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE