

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

September 17, 2019

VIA CM/ECF

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:    United States v. Anilesh Ahuja
                  S1 18 Cr. 328 (KPF)

Dear Judge Failla:

       The Government respectfully writes in response to defendant Anilesh Ahuja's letter motion, dated September 16, 2019, requesting that the Court direct the Government to provide the defense a copy of the PowerPoint slides shown to the jury during the Government's summation. (Dkt. 283).  The Government asked defense counsel about the purpose of the request, and we were advised only that the defense believes the PowerPoint should be part of the record.  Without a better understanding of the purpose of the request and without any proffer that the request is tethered to a future motion, the Government opposed, and continues to oppose, the request.  The Government does not contend that the slides that were shown to the jury are privileged.  Instead, because the slides are simply attorney-generated work product rather than exhibits or demonstratives, the Government respectfully opposes the request to produce them absent an understanding of the basis on which they are sought.

                                         Respectfully submitted,

                                         AUDREY STRAUSS
                                         Attorney for the United States
                                         Acting Under Authority Conferred by
                                         28 U.S.C. § 515

                                  By:   /s                        
                                         Andrea M. Griswold
                                         Joshua A. Naftalis
                                         Max Nicholas
                                         Assistant United States Attorneys
                                         (212) 637-1205/2310/1565

The Court is in receipt of Defendants' September 16, 2019 letter (Dkt. #283), and the Government's September 17, 2019 response. (Dkt. #285). While the Court agrees with the Government that the Government's PowerPoint presentation is *not* evidence, and indeed instructed the jury as much, the Court does not see a reason why the Government should refuse to turn it over to Defendants. The Court does not contemplate making the PowerPoint presentation part of the record in this case. However, the Government is ordered to provide Defendants with either a PDF or paper copy of that presentation. The Government may strip all metadata from the presentation and provide to Defendants only the slides presented at trial.

Dated: September 18, 2019  
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE