**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | | |
|---|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977)<br><br>WRITER'S DIRECT DIAL NUMBER<br>(212) 373-3035<br><br>WRITER'S DIRECT FACSIMILE<br>(212) 492-0035<br><br>WRITER'S DIRECT E-MAIL ADDRESS<br>rfinzi@paulweiss.com | UNIT 5201, FORTUNE FINANCIAL CENTER<br>5 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT, BEIJING 100020, CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>HONG KONG CLUB BUILDING, 12TH FLOOR<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, UNITED KINGDOM<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 | MATTHEW W. ABBOTT<br>EDWARD T. ACKERMAN<br>JACOB A. ADLERSTEIN<br>JUSTIN ANDERSON<br>ALLAN J. ARFFA<br>ROBERT A. ATKINS<br>DAVID J. BALL<br>SCOTT A. BARSHAY<br>PAUL M. BASTA<br>JOHN F. BAUGHMAN<br>J. STEVEN BAUGHMAN<br>LYNN B. BAYARD<br>CRAIG A. BENSON<br>MITCHELL L. BERG<br>MARK S. BERGMAN<br>DAVID M. BERNICK<br>JOSEPH J. BIAL<br>BRUCE BIRENBOIM<br>H. CHRISTOPHER BOEHNING<br>ANGELO BONVINO<br>ROBERT BRITTON<br>DAVID W. BROWN<br>SUSANNA M. BUERGEL<br>JESSICA S. CAREY<br>DAVID CARMONA<br>GEOFFREY R. CHEPIGA<br>ELLEN N. CHING<br>WILLIAM A. CLAREMAN<br>LEWIS R. CLAYTON<br>YAHONNES CLEARY<br>JAY COHEN<br>KELLEY A. CORNISH<br>CHRISTOPHER J. CUMMINGS<br>THOMAS V. DE LA BASTIDE III<br>ARIEL J. DECKELBAUM<br>ALICE BELISLE EATON<br>ANDREW J. EHRLICH<br>GREGORY A. EZRING<br>ROSS A. FIELDSTON<br>ANDREW C. FINCH<br>BRAD J. FINKELSTEIN<br>BRIAN P. FINNEGAN<br>ROBERTO FINZI<br>PETER E. FISCH<br>HARRIS FISCHMAN<br>MARTIN FLUMENBAUM<br>ANDREW J. FOLEY<br>ANDREW J. FORMAN*<br>HARRIS B. FREIDUS<br>CHRISTOPHER D. FREY<br>MANUEL S. FREY<br>ANDREW L. GAINES<br>KENNETH A. GALLO<br>MICHAEL E. GERTZMAN<br>ADAM M. GIVERTZ<br>SALVATORE GOGLIORMELLA<br>NEIL GOLDMAN<br>MATTHEW B. GOLDSTEIN<br>ROBERTO J. GONZALEZ*<br>CATHERINE L. GOODALL<br>ERIC GOODISON<br>CHARLES H. GOOGE, JR.<br>ANDREW G. GORDON<br>BRIAN S. GRIEVE<br>UDI GROFMAN<br>NICHOLAS GROOMBRIDGE<br>BRUCE A. GUTENPLAN<br>ALAN S. HALPERIN<br>CLAUDIA HAMMERMAN<br>BRIAN S. HERMANN<br>MICHELE HIRSHMAN<br>DAVID S. HUNTINGTON<br>AMRAN HUSSEIN<br>LORETTA A. IPPOLITO<br>JAREN JANGHORBANI<br>BRIAN M. JANSON<br>JEH C. JOHNSON<br>MEREDITH J. KANE<br>JONATHAN S. KANTER<br>BRAD S. KARP | PATRICK N. KARSNITZ<br>JOHN C. KENNEDY<br>BRIAN KIM<br>KYLE J. KIMPLER<br>ALAN W. KORNBERG<br>DANIEL J. KRAMER<br>DAVID K. LAKHDHIR<br>JOHN E. LANGE<br>GREGORY F. LAUFER<br>BRIAN C. LAVIN<br>XIAOYU GREG LIU<br>LORETTA E. LYNCH<br>JEFFREY D. MARELL<br>MARCO V. MASOTTI<br>DAVID W. MAYO<br>ELIZABETH R. MCCOLM<br>JEAN M. MCLOUGHLIN<br>ALVARO MEMBRILLERA<br>MARK F. MENDELSOHN<br>CLAUDINE MEREDITH-GOUJON<br>WILLIAM B. MICHAEL<br>JUDIE NG SHORTELL*<br>CATHERINE NYARADY<br>JANE B. O'BRIEN<br>ALEX YOUNG K. OH<br>BRAD R. OKUN<br>KELLEY D. PARKER<br>LINDSAY B. PARKS<br>VALERIE E. RADWANER<br>JEFFREY J. RECHER<br>CARL L. REISNER<br>LORIN L. REISNER<br>JEANNIE S. RHEE*<br>WALTER G. RICCIARDI<br>WALTER RIEMAN<br>RICHARD A. ROSEN<br>ANDREW N. ROSENBERG<br>JUSTIN ROSENBERG<br>JACQUELINE P. RUBIN<br>CHARLES F. "RICK" RULE*<br>RAPHAEL M. RUSSO<br>ELIZABETH M. SACKSTEDER<br>JEFFREY D. SAFERSTEIN<br>JEFFREY B. SAMUELS<br>TERRY E. SCHIMEK<br>KENNETH M. SCHNEIDER<br>ROBERT B. SCHUMER<br>JOHN M. SCOTT<br>BRIAN SCRIVANI<br>KANNON K. SHANMUGAM*<br>DAVID R. SICULAR<br>AUDRA J. SOLOWAY<br>SCOTT M. SONTAG<br>SARAH STASNY<br>TARUN M. STEWART<br>ERIC ALAN STONE<br>AIDAN SYNNOTT<br>RICHARD C. TARLOWE<br>MONICA K. THURMOND<br>DANIEL J. TOAL<br>LAURA C. TURANO<br>CONRAD VAN LOGGERENBERG<br>LIZA M. VELAZQUEZ<br>MICHAEL VOGEL<br>RAMY J. WAHBEH<br>LAWRENCE G. WEE<br>THEODORE V WELLS, JR.<br>LINDSEY L. WIERSMA<br>STEVEN J. WILLIAMS<br>LAWRENCE I. WITDORCHIC<br>MARK B. WLAZLO<br>JULIA TARVER MASON WOOD<br>JENNIFER H. WU<br>BETTY YAP*<br>JORDAN E. YARETT<br>KAYE N. YOSHINO<br>TONG YU<br>TRACEY A. ZACCONE<br>TAURIE M. ZEITZER<br>T. ROBERT ZOCHOWSKI, JR. |

*NOT ADMITTED TO THE NEW YORK BAR

November 6, 2019

**By Email / ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

          *United States* v. *Anilesh Ahuja, et al.*,
          18 Cr. 328 (KPF)

Dear Judge Failla:

    We write in advance of Mr. Ahuja's sentencing, scheduled for November 25, 2019, to respectfully request a two-day extension for making submissions on behalf of Mr. Ahuja. Pursuant to Rule 7(B) of your Honor's Individual Rules, Mr. Ahuja's sentencing materials otherwise would be due on November 11, 2019. Last week, we received the government's expert analysis in support of a new proposed Guidelines loss calculation, which we learned about for the first time upon receiving the final PSR. Based in part on these new disclosures, and like counsel for Mr. Shor, we are requesting two additional days to review and respond to this new information. We are not seeking to adjourn the sentencing date.

                Respectfully submitted,

                */s/ Roberto Finzi*
                Roberto Finzi
                Richard C. Tarlowe

cc:  Counsel of Record