UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANILESH AHUJA,<br><br>Defendant. | 18 Cr. 328 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of a sealed letter from counsel for Ahuja requesting a 45-day adjournment of his surrender date due to the COVID-19 pandemic. The Government has indicated to the Court that it consents to a 45-day adjournment. For the reasons largely stated in Ahuja's letter, his application to adjourn his surrender date is GRANTED. Ahuja's surrender date is hereby ADJOURNED 60 days, to **May 26, 2020**.

SO ORDERED.

Dated:  March 17, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge