# Exhibit A

**To:**                    (USANYS)[AGriswold@usa.doj.gov];
(USANYS)(b) (6), (b) (7)(C)
**From:**      Naftalis, Joshua (USANYS)
**Sent:**      Mon 10/29/2018 4:17:54 PM
**Importance:**      Normal
**Subject:**   Fwd: Majidi Allocution
**MAIL_RECEIVED:**   Mon 10/29/2018 4:17:55 PM
Allocution - Approved 1029.doc
ATT00001.htm

;;


Begin forwarded message:


**From:** Seth Rosenberg <rosenberg@clayro.com>
**Date:** October 29, 2018 at 4:13:39 PM EDT
**To:** "Naftalis, Joshua (USANYS)" <joshua.naftalis@usdoj.gov>,
(b) (6), (b) (7)(C)
**Subject: Majidi Allocution**


Proposed allocation attached.

--
**Seth L. Rosenberg**
Clayman & Rosenberg LLP
305 Madison Avenue
New York, NY 10165
(212) 922-1080
www.clayro.com