# Exhibit B

**To:** Naftalis, Joshua (USANYS)[JNaftalis@usa.doj.gov]; (USANYS)(b) (6), (b) (7)(C)
**From:** Nicholas, Max (USANYS)
**Sent:** Mon 10/29/2018 5:32:26 PM
**Importance:** Normal
**Subject:** RE: Majidi Allocution
**MAIL_RECEIVED:** Mon 10/29/2018 5:32:26 PM

Any chance you guys are free to meet about this and some other stuff tomorrow? I'm free all day after 12:30 p.m. – whatever is easiest for you guys.

**From:** Naftalis, Joshua (USANYS)
**Sent:** Monday, October 29, 2018 4:18 PM
**To:** (USANYS) (b) (6), (b) (7)(C) ; (USANYS)
**Subject:** Fwd: Majidi Allocution

Begin forwarded message:

**From:** Seth Rosenberg <rosenberg@clayro.com>
**Date:** October 29, 2018 at 4:13:39 PM EDT
**To:** "Naftalis, Joshua (USANYS)" <joshua.naftalis@usdoj.gov>, (b) (6), (b) (7)(C)
**Subject: Majidi Allocution**

Proposed allocution attached.

--

**Seth L. Rosenberg**

Clayman & Rosenberg LLP

305 Madison Avenue

New York, NY 10165

(212) 922-1080

www.clayro.com