# Exhibit C

**To:**       Naftalis, Joshua (USANYS)[JNaftalis@usa.doj.gov]
**Cc:**                        (USANYS) (b) (6), (b) (7)(C)
**From:**                (USANYS)
**Sent:**     Tue 10/29/2018 9:54:03 PM
**Importance:**         Normal
**Subject:**  Re: Majidi Allocution
**MAIL_RECEIVED:**   Tue 10/29/2018 9:54:03 PM

Let's say 3?

Sent from my iPhone

On Oct 29, 2018, at 9:53 PM, Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov> wrote:

> I'm at the (b) (6)  in the morning (b) (7)(C) .  How about sometime after 245?
>
> On Oct 29, 2018, at 6:08 PM,             (USANYS) (b) (6), (b) (7)(C) wrote:
>
>> Yes - wide open.
>>
>> Sent from my iPhone
>>
>> On Oct 29, 2018, at 5:32 PM,              (USANYS) (b) (6), (b) (7)(C) wrote:
>>
>>> Any chance you guys are free to meet about this and some other stuff tomorrow?  I'm free all day after 12:30 p.m. – whatever is easiest for you guys.
>>>
>>> **From:** Naftalis, Joshua (USANYS)
>>> **Sent:** Monday, October 29, 2018 4:18 PM
>>> **To:**            (USANYS)                      ;              (USANYS) (b) (6), (b) (7)(C)
>>> **Subject:** Fwd: Majidi Allocution
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** Seth Rosenberg <rosenberg@clayro.com>

**Date:** October 29, 2018 at 4:13:39 PM EDT
**To:** "Naftalis, Joshua (USANYS)" <joshua.naftalis@usdoj.gov>, (b) (6), (b) (7)(C)
**Subject: Majidi Allocution**

Proposed allocution attached.

--

**Seth L. Rosenberg**

Clayman & Rosenberg LLP

305 Madison Avenue

New York, NY 10165

(212) 922-1080

www.clayro.com