# Exhibit D

**Hodge, Darian (USANYS)**

| | |
|---|---|
| **From:** | Naftalis, Joshua (USANYS) |
| **Sent:** | Tuesday, October 30, 2018 11:59 AM |
| **To:** | Griswold, Andrea (USANYS); Nicholas, Max (USANYS) |
| **Subject:** | Allocution  -  Draft edits |
| **Attachments:** | Allocution  -  Approved 1029.doc |