

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com



June 25, 2020

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Ahuja and Shor*, 18 Cr. 328 (KPF)
              **Defendants' Joint Request for an Order Requiring Disclosure and for a Hearing on Brady/Giglio Violations**

Dear Judge Failla:

    We write on behalf of defendants Ahuja and Shor regarding the government's letter to the Court dated June 24, 2020. We believe that the letter—in which the government agrees to take only certain limited steps in response to the issues raised on our letter dated June 19, 2020—raises more questions than it answers. We accordingly request permission to file a reply on or before July 2.

                            Very truly yours,

                            */s/ Justin S. Weddle*

                            Justin S. Weddle

```
Application GRANTED.


Dated:  June 25, 2020            SO ORDERED.
        New York, New York
```

                                           *Katherine Polk Failla*

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE