UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANILESH AHUJA,<br><br>                    Defendant. | 18 Cr. 328 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 29, 2020, the Court received a motion for compassionate release, from Anilesh Ahuja, pursuant to 18 U.S.C. § 3582(c)(1)(A). The motion has been filed under seal as it contains information about Mr. Ahuja's medical condition. The Government is hereby ORDERED to respond on or before **July 9, 2020**. If Mr. Ahuja wishes to file a reply brief he may do so on or before **July 23, 2020**.

SO ORDERED.

Dated:  June 29, 2020
        New York, New York

                                     _____
                                     KATHERINE POLK FAILLA
                                     United States District Judge