

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

July 1, 2020

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Ahuja and Shor*, 18 Cr. 328 (KPF)
Defendants' Joint Request for an Extension of Time to Reply

Dear Judge Failla:

We write on behalf of defendants Ahuja and Shor to request a one-business-day extension of time to file our reply to the government's letter to the Court dated June 24, 2020. While we originally requested permission to file a reply on or before July 2, preparing a comprehensive reply that also addresses the new documents produced by the government on June 26, 2020 is taking longer than predicted. Accordingly, we request permission to file our reply on or before July 6, 2020.

Very truly yours,

Justin S. Weddle

```
Application GRANTED.


Dated:  July 1, 2020              SO ORDERED.
        New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

weddlelaw.com | 250 West 55th Street, 30th Floor, New York, NY 10019 | 212-574-6353