# EXHIBIT 1

| | |
|---|---|
| **From:** | Seth Rosenberg |
| **To:** | Naftalis, Joshua (USANYS); Brian Linder |
| **Subject:** | Majidi Allocution |
| **Date:** | Monday, October 29, 2018 4:15:53 PM |
| **Attachments:** | Allocution - Approved 1029.doc |

Proposed allocution attached.

--

**Seth L. Rosenberg**
Clayman & Rosenberg LLP
305 Madison Avenue
New York, NY 10165
(212) 922-1080
www.clayro.com

USAO_SDNY_026400