# EXHIBIT 5

Mon 10/29/2018 9:58 PM

**Nicholas, Max (USANYS)**

**Accepted: PPI Team Meeting**

To        Naftalis, Joshua (USANYS)

When    Tuesday, October 30, 2018 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
Location

ℹ️ We couldn't find this meeting in the calendar. It may have been moved or deleted.
Nicholas, Max (USANYS) has accepted this meeting.

USAO_SDNY_026415