# EXHIBIT 6



Mon 10/29/2018 9:58 PM

Naftalis, Joshua (USANYS)

**PPI Team Meeting**

Required    ■ Griswold, Andrea (USANYS); ▨ Nicholas, Max (USANYS)

ℹ As the meeting organizer, you do not need to respond to the meeting.

When Tuesday, October 30, 2018 3:00 PM-4:00 PM    Location

USAO_SDNY_026416