# EXHIBIT 7

Tue 10/30/2018 10:24 AM

**Griswold, Andrea (USANYS)**

**Accepted: PPI Team Meeting**

To: Naftalis, Joshua (USANYS)

When: Tuesday, October 30, 2018 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
Location:

We couldn't find this meeting in the calendar. It may have been moved or deleted.
Griswold, Andrea (USANYS) has accepted this meeting.

USAO_SDNY_026417