# EXHIBIT 9

| | |
|---|---|
| **From:** | Naftalis, Joshua (USANYS) |
| **To:** | Seth Rosenberg |
| **Cc:** | Brian Linder |
| **Subject:** | Re: Majidi Allocution |
| **Date:** | Tuesday, October 30, 2018 4:03:59 PM |

Can you talk around 430?

On Oct 29, 2018, at 4:15 PM, Seth Rosenberg <rosenberg@clayro.com> wrote:

> Proposed allocution attached.
>
> --
> **Seth L. Rosenberg**
> Clayman & Rosenberg LLP
> 305 Madison Avenue
> New York, NY 10165
> (212) 922-1080
> www.clayro.com
>
> <Allocution - Approved 1029.doc>