# EXHIBIT 10

**From:** Seth Rosenberg
**To:** Naftalis, Joshua (USANYS)
**Subject:** Re:
**Date:** Wednesday, October 31, 2018 2:46:16 PM

sure

On Wed, Oct 31, 2018 at 2:22 PM Naftalis, Joshua (USANYS) <Joshua.Naftalis@usdoj.gov> wrote:

> Let's meet in hallway by Judge Failla's courtroom 10 mins early?
>
> Joshua A. Naftalis
>
> Assistant United States Attorney
>
> United States Attorney's Office
>
> Southern District of New York
>
> One St. Andrew's Plaza
>
> New York, New York  10007
>
> Email:  joshua.naftalis@usdoj.gov
>
> Tel:  (212) 637-2310
>
> Fax: (212) 637-0083

--
**Seth L. Rosenberg**
Clayman & Rosenberg LLP
305 Madison Avenue
New York, NY 10165
(212) 922-1080
www.clayro.com