# EXHIBIT 15

| | |
|---|---|
| **From:** | Mahaffey, Matthew D. (NY) (FBI) |
| **To:** | Cowley, Jason (USANYS) |
| **Cc:** | Naftalis, Joshua (USANYS); Kasulis, Telemachus (USANYS); Griswold, Andrea (USANYS) |
| **Subject:** | Re: Dole |
| **Date:** | Monday, November 13, 2017 12:54:51 PM |

Greg now said he will call at 1:15p. Apologies for the change, just fyi

-------- Original message --------
From: "Cowley, Jason (USANYS)" <Jason.Cowley@usdoj.gov>
Date: 11/13/17 11:41 AM (GMT-05:00)
To: "Mahaffey, Matthew D. (NY) (FBI)" <mdmahaffey@fbi.gov>
Cc: "Naftalis, Joshua (USANYS)" <Joshua.Naftalis@usdoj.gov>, "Kasulis, Telemachus (USANYS)" <Telemachus.Kasulis@usdoj.gov>, "Griswold, Andrea (USANYS)" <Andrea.Griswold@usdoj.gov>
Subject: RE: Dole

Great. Could you please ask him to give us a call or swing by after you guys are done over there? Thanks

**From:** Mahaffey, Matthew D. (NY) (FBI) [mailto:mdmahaffey@fbi.gov]
**Sent:** Monday, November 13, 2017 11:36 AM
**To:** Cowley, Jason (USANYS) <JCowley@usa.doj.gov>
**Cc:** Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov>; Kasulis, Telemachus (USANYS) <TKasulis@usa.doj.gov>; Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov>
**Subject:** Re: Dole

Yes, he's with us

-------- Original message --------
From: "Cowley, Jason (USANYS)" <Jason.Cowley@usdoj.gov>
Date: 11/13/17 11:29 AM (GMT-05:00)
To: "Mahaffey, Matthew D. (NY) (FBI)" <mdmahaffey@fbi.gov>
Cc: "Naftalis, Joshua (USANYS)" <Joshua.Naftalis@usdoj.gov>, "Kasulis, Telemachus (USANYS)" <Telemachus.Kasulis@usdoj.gov>, "Griswold, Andrea (USANYS)" <Andrea.Griswold@usdoj.gov>
Subject: Re: Dole

Great. Is his lawyer there?

Sent from my iPhone

On Nov 13, 2017, at 11:01 AM, Mahaffey, Matthew D. (NY) (FBI) <mdmahaffey@fbi.gov<mailto:mdmahaffey@fbi.gov>> wrote:

Yes we did - we're at pre-trial currently, then everything should be good to go until 2:30, no problems.

Thanks,

Matt

-------- Original message --------
From: "Cowley, Jason (USANYS)" <Jason.Cowley@usdoj.gov<mailto:Jason.Cowley@usdoj.gov>>

Date: 11/13/17 10:54 AM (GMT-05:00)
To: "Mahaffey, Matthew D. (NY) (FBI)" <mdmahaffey@fbi.gov<mailto:mdmahaffey@fbi.gov>>, "Naftalis, Joshua (USANYS)" <Joshua.Naftalis@usdoj.gov<mailto:Joshua.Naftalis@usdoj.gov>>
Cc: "Kasulis, Telemachus (USANYS)" <Telemachus.Kasulis@usdoj.gov<mailto:Telemachus.Kasulis@usdoj.gov>>, "Griswold, Andrea (USANYS)" <Andrea.Griswold@usdoj.gov<mailto:Andrea.Griswold@usdoj.gov>>
Subject: RE: Dole

Matt,

Did you guys connect ok?

Thanks

From: Mahaffey, Matthew D. (NY) (FBI) [mailto:mdmahaffey@fbi.gov]
Sent: Friday, November 10, 2017 6:39 PM
To: Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov<mailto:JNaftalis@usa.doj.gov>>
Cc: Kasulis, Telemachus (USANYS) <TKasulis@usa.doj.gov<mailto:TKasulis@usa.doj.gov>>; Cowley, Jason (USANYS) <JCowley@usa.doj.gov<mailto:JCowley@usa.doj.gov>>; Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov<mailto:AGriswold@usa.doj.gov>>
Subject: Re: Dole

[redacted]


-------- Original message --------
From: "Naftalis, Joshua (USANYS)" <Joshua.Naftalis@usdoj.gov<mailto:Joshua.Naftalis@usdoj.gov>>
Date: 11/10/17 6:36 PM (GMT-05:00)
To: "Mahaffey, Matthew D. (NY) (FBI)" <mdmahaffey@fbi.gov<mailto:mdmahaffey@fbi.gov>>
Cc: "Kasulis, Telemachus (USANYS)" <Telemachus.Kasulis@usdoj.gov<mailto:Telemachus.Kasulis@usdoj.gov>>, "Cowley, Jason (USANYS)" <Jason.Cowley@usdoj.gov<mailto:Jason.Cowley@usdoj.gov>>, "Griswold, Andrea (USANYS)" <Andrea.Griswold@usdoj.gov<mailto:Andrea.Griswold@usdoj.gov>>
Subject: RE: Dole

Great. What is your cellphone? I will give the lawyer and Dole it so they can get in touch. Thanks.

From: Mahaffey, Matthew D. (NY) (FBI) [mailto:mdmahaffey@fbi.gov]
Sent: Friday, November 10, 2017 6:33 PM
To: Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov<mailto:JNaftalis@usa.doj.gov>>
Cc: Kasulis, Telemachus (USANYS) <TKasulis@usa.doj.gov<mailto:TKasulis@usa.doj.gov>>; Cowley, Jason (USANYS) <JCowley@usa.doj.gov<mailto:JCowley@usa.doj.gov>>; Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov<mailto:AGriswold@usa.doj.gov>>
Subject: Re: Dole

Josh,

I am going to handle this Monday morning. Can he come to 26 Fed at 7:00A?

Thanks,

Matt


-------- Original message --------
From: "Naftalis, Joshua (USANYS)" <Joshua.Naftalis@usdoj.gov<mailto:Joshua.Naftalis@usdoj.gov>>

Date: 11/10/17 5:51 PM (GMT-05:00)
To: "Mahaffey, Matthew D. (NY) (FBI)" <mdmahaffey@fbi.gov<mailto:mdmahaffey@fbi.gov>>
Cc: "Kasulis, Telemachus (USANYS)" <Telemachus.Kasulis@usdoj.gov<mailto:Telemachus.Kasulis@usdoj.gov>>, "Cowley, Jason (USANYS)" <Jason.Cowley@usdoj.gov<mailto:Jason.Cowley@usdoj.gov>>, "Griswold, Andrea (USANYS)" <Andrea.Griswold@usdoj.gov<mailto:Andrea.Griswold@usdoj.gov>>
Subject: Dole

Matt,

We finally managed to get Dole to agree to a cooperation agreement. His plea is scheduled for 230pm this coming Monday at 230pm before Judge Koeltl. Before that, Dole need to be processed by FBI and the USMS. Can you handle on Monday morning? If not, can you have someone cover? We can tell Dole to come to 26 Fed first thing in the morning. Then, he will have to go to Pretrial to get interviewed.

FYI, Andrea and I are on trial, so Tim or Jason are going to cover the plea.

Thanks,

Josh

Joshua A. Naftalis
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Email: joshua.naftalis@usdoj.gov<mailto:joshua.naftalis@usdoj.gov>
Tel: (212) 637-2310
Fax: (212) 637-0083