# EXHIBIT 17

| | |
|---|---|
| **From:** | Nicholas, Max (USANYS) <Max.Nicholas@usdoj.gov> |
| **Sent:** | Monday, July 6, 2020 5:27 PM |
| **To:** | Tarlowe, Richard; Julia Catania; Justin Weddle; Finzi, Roberto |
| **Cc:** | Griswold, Andrea (USANYS); Naftalis, Joshua (USANYS) |
| **Subject:** | RE: United States v. Ahuja et al., S1 18 Cr. 328 (KPF) |

Hey Rich,

Neither Josh, Andrea or I recall discussing issues responsive to the requests in the Shor Letter over the Government's internal chat system.  However, after receiving your email on Friday we reached out to our IT department for assistance in determining whether a search for internal chats can be conducted and if so how best to conduct it.  Once we have a substantive update on this we'll reach out to you.

Thanks,

Max

---

**From:** Tarlowe, Richard <rtarlowe@paulweiss.com>
**Sent:** Friday, July 03, 2020 10:47 AM
**To:** Nicholas, Max (USANYS) <MNicholas@usa.doj.gov>; Julia Catania <jcatania@weddlelaw.com>; Justin Weddle <jweddle@weddlelaw.com>; Finzi, Roberto <rfinzi@paulweiss.com>
**Cc:** Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov>; Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov>
**Subject:** RE: United States v. Ahuja et al., S1 18 Cr. 328 (KPF)

Max,

The June 26 supplemental production appears to include emails only.  Can you please let us know whether the government also searched its internal chat system?  Thanks.

Rich


**Richard C. Tarlowe** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3035 (Direct Phone) | +1 212 492 0035 (Direct Fax)
rtarlowe@paulweiss.com | www.paulweiss.com

---

**From:** Nicholas, Max (USANYS) <Max.Nicholas@usdoj.gov>
**Sent:** Friday, June 26, 2020 4:19 PM
**To:** Julia Catania <jcatania@weddlelaw.com>; Justin Weddle <jweddle@weddlelaw.com>; Tarlowe, Richard <rtarlowe@paulweiss.com>; Finzi, Roberto <rfinzi@paulweiss.com>
**Cc:** Griswold, Andrea (USANYS) <Andrea.Griswold@usdoj.gov>; Naftalis, Joshua (USANYS) <Joshua.Naftalis@usdoj.gov>
**Subject:** United States v. Ahuja et al., S1 18 Cr. 328 (KPF)

Dear all:

Pursuant to our letter dated June 24, 2020, please find enclosed correspondence and zip file.

Hope everyone is well and have a good weekend,

Max

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.