

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

July 7, 2020

BY CM/ECF

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Anilesh Ahuja, et al.
               S1 18 Cr. 328 (KPF)

Dear Judge Failla:

     The Government respectfully writes in response to the letter submitted by counsel for Anilesh Ahuja dated July 6, 2020 (the "July 6 Letter"). The Government respectfully requests that it be allowed to submit a response to the July 6 Letter by July 16, 2020.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Acting United States Attorney

                         By:   /s/
                             Joshua A. Naftalis
                             Andrea M. Griswold
                             Max Nicholas
                             Assistant United States Attorneys
                             (212) 637-2310/1205/1565

cc:    Counsel of Record (by CM/ECF)

```
Application GRANTED.
```

                              SO ORDERED.

```
Dated:  July 7, 2020
        New York, New York
```

                              *Katherine Polk Failla*

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE