# Exhibit A

| | |
|---|---|
| **From:** | Zinman, Daniel |
| **To:** | Griswold, Andrea (USANYS) |
| **Cc:** | Solomon, Alex |
| **Subject:** | RE: Frank Dinucci |
| **Date:** | Wednesday, April 5, 2017 10:25:21 AM |

sure

Daniel Zinman

RK&O
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, NY 10281-1003
T +1 212.530.1859
F +1 917.344.8859
DZinman@rkollp.com
www.rkollp.com

+ Please consider the environment before printing this e-mail.

If you have received this communication in error, please immediately notify us by telephone at 212-530-1800 or by e-mail at info@rkollp.com. The information contained in this electronic mail message is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. The sender of this electronic mail message does not waive any applicable privilege or protection from disclosure.


-----Original Message-----
From: Griswold, Andrea (USANYS) [mailto:Andrea.Griswold@usdoj.gov]
Sent: Wednesday, April 05, 2017 10:24 AM
To: Zinman, Daniel
Subject: RE: Frank Dinucci

Can we speak at 11?  I think we would like a hard copy of the allocution to review but we can discuss briefly first.

-----Original Message-----
From: Zinman, Daniel [mailto:DZinman@rkollp.com]
Sent: Wednesday, April 05, 2017 6:17 AM
To: Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov>
Cc: Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov>; Solomon, Alex <asolomon@rkollp.com>; Sweeney, Sean (NY) (FBI) <Sean.Sweeney@ic.fbi.gov>; Callahan, Matthew T. (NY) (FBI) <Matthew.Callahan@ic.fbi.gov>
Subject: Re: Frank Dinucci

212-530-1859

Sent from my iPhone

> On Apr 4, 2017, at 11:03 PM, Griswold, Andrea (USANYS) <Andrea.Griswold@usdoj.gov> wrote:
>
> Can't do 9:30. Lets do 11:30. What number should I call?
>
>> On Apr 4, 2017, at 9:40 PM, Zinman, Daniel <DZinman@rkollp.com> wrote:
>>
>> Any chance 9:30 would work for you?  If not, how about between 11 and 12?

>>
>> Sent from my iPhone
>>
>>> On Apr 4, 2017, at 9:37 PM, Griswold, Andrea (USANYS) <Andrea.Griswold@usdoj.gov> wrote:
>>>
>>> Thanks, got your message. Can you talk at 10 in the morning?
>>>
>>> Sent from my iPhone
>>>
>>>> On Apr 4, 2017, at 8:27 PM, Zinman, Daniel <DZinman@rkollp.com> wrote:
>>>>
>>>> Andrea -- just left you a voice message.  Dan
>>>>
>>>> Daniel Zinman
>>>>
>>>> RK&O
>>>> RICHARDS KIBBE & ORBE LLP
>>>> 200 Liberty Street
>>>> New York, NY 10281-1003
>>>> T +1 212.530.1859
>>>> F +1 917.344.8859
>>>> DZinman@rkollp.com
>>>> www.rkollp.com
>>>>
>>>> + Please consider the environment before printing this e-mail.
>>>>
>>>> If you have received this communication in error, please immediately notify us by telephone at 212-530-1800 or by e-mail at info@rkollp.com. The information contained in this electronic mail message is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. The sender of this electronic mail message does not waive any applicable privilege or protection from disclosure.
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Griswold, Andrea (USANYS) [mailto:Andrea.Griswold@usdoj.gov]
>>>> Sent: Tuesday, April 04, 2017 11:14 AM
>>>> To: Zinman, Daniel
>>>> Cc: Naftalis, Joshua (USANYS); Solomon, Alex; Sweeney, Sean (NY) (FBI); Callahan, Matthew T. (NY) (FBI)
>>>> Subject: Re: Frank Dinucci
>>>>
>>>> Thanks
>>>>
>>>>> On Apr 4, 2017, at 11:08 AM, Zinman, Daniel <DZinman@rkollp.com> wrote:
>>>>>
>>>>> I am tied up with D Conn today.  We will try to get it to you early evening.
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Apr 4, 2017, at 11:07 AM, Griswold, Andrea (USANYS) <Andrea.Griswold@usdoj.gov> wrote:
>>>>>>
>>>>>> Dan, Alex,
>>>>>>
>>>>>> Please send us a copy of your client's proposed allocation as soon as possible.
>>>>>>
>>>>>> Thanks.
>>>>>> Regards,

>>>>>> Andrea
>>>>>>
>>>>>>
>>>>>>> On Apr 4, 2017, at 9:50 AM, Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov> wrote:
>>>>>>>
>>>>>>> Also, please coordinate with S.A. Sweeny, who is copied, to arrange Frank's processing.  You should also call Pretrial Services today to arrange an interview.  Better to get all of this done before Thursday's plea.  Thanks.
>>>>>>>
>>>>>>> -----Original Message-----
>>>>>>> From: Naftalis, Joshua (USANYS)
>>>>>>> Sent: Tuesday, April 04, 2017 9:49 AM
>>>>>>> To: 'Zinman, Daniel' <DZinman@rkollp.com>
>>>>>>> Cc: Solomon, Alex <asolomon@rkollp.com>; Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov>
>>>>>>> Subject: RE: Frank Dinucci
>>>>>>>
>>>>>>> We are on for Thursday at 1030am.  That is the earliest Judge Hellerstein can do it.
>>>>>>>
>>>>>>> -----Original Message-----
>>>>>>> From: Zinman, Daniel [mailto:DZinman@rkollp.com]
>>>>>>> Sent: Tuesday, April 04, 2017 9:05 AM
>>>>>>> To: Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov>
>>>>>>> Cc: Solomon, Alex <asolomon@rkollp.com>; Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov>
>>>>>>> Subject: Re: Frank Dinucci
>>>>>>>
>>>>>>> Can we schedule for first thing Thurs morning?
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>>> On Apr 4, 2017, at 8:59 AM, Naftalis, Joshua (USANYS) <Joshua.Naftalis@usdoj.gov> wrote:
>>>>>>>>
>>>>>>>> We can't wait that long unfortunately.   We need to wrap this up asap for Connecticut's (and Frank's) sake.
>>>>>>>>
>>>>>>>>> On Apr 4, 2017, at 8:35 AM, Zinman, Daniel <DZinman@rkollp.com> wrote:
>>>>>>>>>
>>>>>>>>> We have scheduling issues on our end this week that I can explain on a call.  And I am out of town next week.   Would it be possible to schedule for April 17 or 18?   If it has to happen this week,  we will find a way to do so.  But please let me know if we can slow down and schedule for the 17th or 18th.
>>>>>>>>>
>>>>>>>>> Sent from my iPhone
>>>>>>>>>
>>>>>>>>> On Apr 3, 2017, at 6:11 PM, Naftalis, Joshua (USANYS) <Joshua.Naftalis@usdoj.gov<mailto:Joshua.Naftalis@usdoj.gov>> wrote:
>>>>>>>>>
>>>>>>>>> Can you also send us some dates and times that would work for a plea this week?
>>>>>>>>>
>>>>>>>>> Daniel Zinman
>>>>>>>>>
>>>>>>>>> RK&O
>>>>>>>>> RICHARDS KIBBE & ORBE LLP
>>>>>>>>> 200 Liberty Street
>>>>>>>>> New York, NY 10281-1003
>>>>>>>>> T +1 212.530.1859
>>>>>>>>> F +1 917.344.8859
>>>>>>>>> DZinman@rkollp.com
>>>>>>>>> www.rkollp.com
>>>>>>>>>

>>>>>>>>> + Please consider the environment before printing this e-mail.
>>>>>>>>>
>>>>>>>>> If you have received this communication in error, please immediately notify us by telephone at 212-530-1800 or by e-mail at info@rkollp.com<mailto:info@rkollp.comC>. The information contained in this electronic mail message is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. The sender of this electronic mail message does not waive any applicable privilege or protection from disclosure.
>>>>>>>>>
>>>>>>>>> From: Naftalis, Joshua (USANYS)
>>>>>>>>> Sent: Monday, April 03, 2017 6:10 PM
>>>>>>>>> To: Zinman, Daniel <DZinman@rkollp.com<mailto:DZinman@rkollp.com>>; Solomon, Alex <asolomon@rkollp.com<mailto:asolomon@rkollp.com>>
>>>>>>>>> Cc: Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov<mailto:AGriswold@usa.doj.gov>>
>>>>>>>>> Subject: Frank Dinucci
>>>>>>>>>
>>>>>>>>> The case was wheel to Judge Hellerstein.
>>>>
>>

USAO_SDNY_026434