**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

[Letterhead with office addresses and attorney listings]

WRITER'S DIRECT DIAL NUMBER
(212) 373-3035

WRITER'S DIRECT FACSIMILE
(212) 492-0035

WRITER'S DIRECT E-MAIL ADDRESS
rtarlowe@paulweiss.com

August 19, 2020

**MEMO ENDORSED**

**BY EMAIL/ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*United States* v. *Anilesh Ahuja*, 18 Cr. 328 (KPF)

Dear Judge Failla:

      Mr. Ahuja is presently scheduled to surrender to the Bureau of Prisons on September 4, 2020. As detailed in prior applications to the Court, however, including Mr. Ahuja's motion for relief pursuant to Section 3582(c)(1)(A), the ongoing coronavirus pandemic poses a particularly severe threat to Mr. Ahuja due to certain underlying medical conditions. Accordingly, we respectfully request that the Court adjourn Mr. Ahuja's surrender date by three months, to December 4, 2020.

Respectfully submitted,

*/s/ Richard Tarlowe*

Richard C. Tarlowe
Roberto Finzi

cc: Counsel of Record

Application GRANTED.

Dated: August 20, 2020
       New York, New York

SO ORDERED.

*/s/ Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE