PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS   (1927-1950)
JOHN F. WHARTON   (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3311

WRITER'S DIRECT FACSIMILE

(212) 492-0311

WRITER'S DIRECT E-MAIL ADDRESS

rfinzi@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN*
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY

BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORNBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
CAITH KUSHNER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. McCOLM
JEAN M. McLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG-SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
CHARLES J. PESANT
JESSICA E. PHILLIPS*
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
*ADMITTED TO THE CALIFORNIA BAR

January 19, 2021

**MEMO ENDORSED**

By Email/ECF

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*United States* v. *Anilesh Ahuja*,
18 Cr. 328 (KPF)

Dear Judge Failla:

We write to respectfully request that the Court amend its January 13, 2021 Order to (a) request declarations from other persons with firsthand knowledge of the events in question; and (b) include two additional questions suggested below. We believe that these additional declarations and questions will further assist the Court in its efforts to understand the relevant facts.

In terms of declarants, we respectfully request that Your Honor direct that other persons who participated in the events in question be asked to submit declarations as to their recollections of those events. So, for example, to the extent Your Honor has asked questions about communications between the prosecution and Mr. Majidi and his counsel surrounding his plea, we believe that Mr. Majidi's counsel (and Mr. Majidi himself) may have recollections that are useful in reconstructing what happened. While not all of the Court's questions are applicable to people outside the prosecution team, some of them

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Katherine Polk Failla                                                          2

clearly are.  Particularly to the extent the prosecution team cannot recall the conversations in question, we believe it makes sense to inquire of others who may remember them.

With respect to the questions themselves, we respectfully request the following:

First, we request that each of the prosecutor-declarants (and, as suggested above, Mr. Majidi, his attorneys Brian Linder and Seth Rosenberg, and any non-prosecutor members of the government team present at the plea, such as FBI Agent Matthew Mahaffey) describe any knowledge he or she has of how and when the government's revision of Mr. Majidi's allocution was communicated to Mr. Majidi and/or his counsel, including how and when Mr. Majidi came into possession of a written version of the revised allocution.

The transcript from Mr. Majidi's plea demonstrates that he read from a written document that reflected the government's re-write of his proposed allocution.  It is not known, however, how the government's edited text was communicated to Mr. Majidi or his lawyers; who created the document from which Mr. Majidi read at his plea; or how that document came to be in Mr. Majidi's possession in Court on the day of the plea.  There is no record of any email from the government to Mr. Majidi's lawyers transmitting the revised allocution, and Mr. Majidi's lawyer has stated that there is no record on his law firm's network of the final allocution.  (Trial Tr. 2059:21-24.)  It also appears that at the government's request, one of the prosecutors met with at least one of Mr. Majidi's attorneys in person approximately ten minutes before the plea, but the government has not identified the reason for making the request or the substance of what was discussed.

Second, we request that each of the prosecutor-declarants describe the bases for the government's representation in its June 8, 2019 letter to the Court—responding to a Court Order—that the government had reviewed its file, including archived emails, for "all communications with attorneys for witnesses in this case," and that there were no additional responsive communications that should be disclosed.  (Dkt. No. 209 at 1–2.)

As Your Honor is aware, a number of relevant communications with cooperating witnesses' attorneys were produced for the first time more than a year after the government made that representation.  Those communications include, among others: (i) an email to Mr. Majidi's attorney proposing a meeting before Mr. Majidi's plea (Dkt. No. 385 at 5–6, Ex. 10); (ii) an email from counsel for Frank Dinucci sending the government a second, previously unproduced proposed allocution (Dkt. No. 389 at 1–2, Ex. B); and (iii) an email exchange with counsel for Mr. Dinucci in which the government stated it would like a hard copy of Mr. Dinucci's proposed allocution to review (Dkt. No. 392 at 1–2, Ex. A).  Additional communications that the government produced for the first time in recent months reflect that prosecutors had oral discussions (by telephone or in-person) with counsel for cooperating witnesses on the date of their pleas or in connection with plea allocutions.  (Dkt. No. 385 at 13–14, Exs. 15-16; Dkt. No. 392 at 1–2, Ex. A.)

In light of these disclosures, we believe that the prosecutors should be asked to explain the steps they took before representing that they had reviewed all

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Katherine Polk Failla                                          3

communications with witnesses' attorneys in June 2019, including steps taken to locate evidence of oral communications; whether they identified any of the undisclosed communications at the time; and, if so, why those communications were not disclosed.

Respectfully submitted,

Roberto Finzi
Richard C. Tarlowe

cc:     Counsel of Record


The Court is in receipt of the above letter from defense counsel. The Court declines to order affidavits from additional individuals or to order the existing three affiants to answer the first question presented above.  However, the Court does modify its January 13, 2021 directive to further require a response to the second set of questions presented.  The prosecutor-affiants are hereby ORDERED to include in their sworn statements, due on or before **February 12, 2021,** an explanation of the steps they took before representing in their June 8, 2019 letter to the Court that they had reviewed all communications with witnesses' attorneys, including steps taken to locate evidence of oral communications; whether they identified any of the undisclosed communications at the time; and, if so, why those communications were not disclosed.


Dated:   January 20, 2021            SO ORDERED.
         New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE