**Ex. A**

**Filed Under Seal Pursuant to Protective Order**