| User Number | Called Direction | Calling Number | Called Number | Start Time (GMT) | Answer Time (GMT) | Release Time (GMT) | GMT OffSet | Called Duration (SEC) |
|---|---|---|---|---|---|---|---|---|
| 12126372310 | Originating | 12126372310 | 2129221080 | 10/26/2018 15:17 | 10/26/2018 15:17 | 10/26/2018 15:20 | 1-040000 | 137 |
| 12126372310 | Terminating | 12129221080 | 12126372310 | 10/26/2018 15:44 | 10/26/2018 15:45 | 10/26/2018 15:47 | 1-040000 | 143 |
| 12126372310 | Originating | 12126372310 | 2129221080 | 10/26/2018 15:50 | 10/26/2018 15:50 | 10/26/2018 15:51 | 1-040000 | 11 |
| 12126372310 | Originating | 12126372310 | 2129221080 | 10/30/2018 20:42 | 10/30/2018 20:42 | 10/30/2018 20:52 | 1-040000 | 626 |