| | |
|---|---|
| **From:** | Nicholas, Max (USANYS) |
| **To:** | Naftalis, Joshua (USANYS) |
| **Cc:** | Griswold, Andrea (USANYS) |
| **Subject:** | Re: Majidi Allocution |
| **Date:** | Monday, October 29, 2018 9:54:03 PM |

Let's say 3?

Sent from my iPhone

On Oct 29, 2018, at 9:53 PM, Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov> wrote:

> I'm at the doctor in the morning for my wrist.  How about sometime after 245?
>
> On Oct 29, 2018, at 6:08 PM, Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov> wrote:
>
>> Yes - wide open.
>>
>> Sent from my iPhone
>>
>> On Oct 29, 2018, at 5:32 PM, Nicholas, Max (USANYS) <MNicholas@usa.doj.gov> wrote:
>>
>>> Any chance you guys are free to meet about this and some other stuff tomorrow?  I'm free all day after 12:30 p.m. – whatever is easiest for you guys.
>>>
>>> **From:** Naftalis, Joshua (USANYS)
>>> **Sent:** Monday, October 29, 2018 4:18 PM
>>> **To:** Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov>; Nicholas, Max (USANYS) <MNicholas@usa.doj.gov>
>>> **Subject:** Fwd: Majidi Allocution
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** Seth Rosenberg <rosenberg@clayro.com>
>>>> **Date:** October 29, 2018 at 4:13:39 PM EDT
>>>> **To:** "Naftalis, Joshua (USANYS)" <joshua.naftalis@usdoj.gov>, Brian Linder <linder@clayro.com>
>>>> **Subject: Majidi Allocution**

Proposed allocution attached.

\--
**Seth L. Rosenberg**
Clayman & Rosenberg LLP
305 Madison Avenue
New York, NY 10165
(212) 922-1080
www.clayro.com

USAO_SDNY_026409