| | |
|---|---|
| **From:** | Nicholas, Max (USANYS) |
| **To:** | Naftalis, Joshua (USANYS) |
| **Cc:** | Griswold, Andrea (USANYS) |
| **Subject:** | Re: Majidi Allocution |
| **Date:** | Monday, October 29, 2018 9:56:11 PM |

I completely agree. Should be bare bones just hit the elements. Agree let's discuss at mtg.

Sent from my iPhone

On Oct 29, 2018, at 9:54 PM, Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov> wrote:

> This is way too detailed in my view. Should we discuss at our team meeting?
>
> Begin forwarded message:
>
>> **From:** Seth Rosenberg <rosenberg@clayro.com>
>> **Date:** October 29, 2018 at 4:13:39 PM EDT
>> **To:** "Naftalis, Joshua (USANYS)" <joshua.naftalis@usdoj.gov>, Brian Linder <linder@clayro.com>
>> **Subject: Majidi Allocution**
>>
>> Proposed allocution attached.
>>
>> --
>> **Seth L. Rosenberg**
>> Clayman & Rosenberg LLP
>> 305 Madison Avenue
>> New York, NY 10165
>> (212) 922-1080
>> www.clayro.com
>
> <Allocution - Approved 1029.doc>