**Subject:** Re: Majidi Allocution
**From:** "Naftalis, Joshua (USANYS)" <Joshua.Naftalis@usdoj.gov>
**Date:** 10/30/2018, 4:03 PM
**To:** Seth Rosenberg <rosenberg@clayro.com>
**CC:** Brian Linder <linder@clayro.com>

```
Can you talk around 430?

On Oct 29, 2018, at 4:15 PM, Seth Rosenberg
<rosenberg@clayro.com<mailto:rosenberg@clayro.com>> wrote:

Proposed allocution attached.

--
Seth L. Rosenberg
Clayman & Rosenberg LLP
305 Madison Avenue
New York, NY 10165
(212) 922-1080
www.clayro.com<http://www.clayro.com>
<Allocution - Approved 1029.doc>
```