**To:** Pyun, Sarah (USANYS) [Contractor][SPyun@usa.doj.gov]; Barile, Nicholas (USANYS) [Contractor][NBarile@usa.doj.gov]
**Cc:** Griswold, Andrea (USANYS)[AGriswold@usa.doj.gov]; Nicholas, Max (USANYS)[MNicholas@usa.doj.gov]
**From:** Naftalis, Joshua (USANYS)
**Sent:** Sat 6/8/2019 8:37:49 PM
**Subject:** Majidi 3550
Re: Majidi Allocution.msg

Only thing I have to add is this nugget that will result in my getting accused of whatever.

**From:** USAHUB-USAJournal115 <usahub-usajournal115@usa.doj.gov>
**Sent:** Saturday, June 8, 2019 4:34 PM
**To:** Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov>
**Subject:** FROM ARCHIVE: Re: Majidi Allocution

### Message Retrieved From Archive

Attached is the message that you retrieved from the archive.

Subject:        Re: Majidi Allocution

Send Date:      10/30/2018 at 04:03 PM ET

Comments:       [NONE]

Dispose by:     11/1/2021 (See Note)

*NOTE: This message was archived in accordance with the company's electronic communications policy which mandates that this message be disposed of on 11/1/2021. While the original message will be appropriately disposed of from the archive, it is your responsibility to ensure that this copy of the message is disposed of by the target disposition date.*

Proofpoint Enterprise Archive

SDNY_PPI_00080

| | |
|---|---|
| **To:** | Seth Rosenberg[rosenberg@clayro.com] |
| **Cc:** | Brian Linder[linder@clayro.com] |
| **From:** | Naftalis, Joshua (USANYS) |
| **Sent:** | Tue 10/30/2018 8:03:57 PM |
| **Subject:** | Re: Majidi Allocution |

;;
Can you talk around 430?

On Oct 29, 2018, at 4:15 PM, Seth Rosenberg <rosenberg@clayro.com> wrote:

>    Proposed allocution attached.
>
> --
> **Seth L. Rosenberg**
> Clayman & Rosenberg LLP
> 305 Madison Avenue
> New York, NY 10165
> (212) 922-1080
> www.clayro.com