**To:** Naftalis, Joshua (USANYS)[JNaftalis@usa.doj.gov]
**Cc:** Cowley, Jason (USANYS)[JCowley@usa.doj.gov]; Griswold, Andrea (USANYS)[AGriswold@usa.doj.gov]; Nicholas, Max (USANYS)[MNicholas@usa.doj.gov]
**From:** Williams, Damian (USANYS) 6
**Sent:** Tue 1/28/2020 2:20:37 AM
**Subject:** RE: EOUSA-2020-000663 FOIA Request

That's bananas. Majidi is their white whale.

**From:** Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov>
**Sent:** Monday, January 27, 2020 7:20 PM
**To:** Williams, Damian (USANYS) 6 <DWilliams6@usa.doj.gov>
**Cc:** Cowley, Jason (USANYS) <JCowley@usa.doj.gov>; Griswold, Andrea (USANYS) <AGriswold@usa.doj.gov>; Nicholas, Max (USANYS) <MNicholas@usa.doj.gov>
**Subject:** Re: EOUSA-2020-000663 FOIA Request

New. January 2020.

> On Jan 27, 2020, at 7:16 PM, Williams, Damian (USANYS) 6 <DWilliams6@usa.doj.gov> wrote:
>
> Ok thanks. Is this an old FOIA that's only being processed now? Or is this new?
> On Jan 27, 2020, at 7:06 PM, Naftalis, Joshua (USANYS) <JNaftalis@usa.doj.gov> wrote:
>
>> See below. Paul Weiss made a FOIA request for Majidi plea allocation documents involving me. I think we've already produced whatever there was, but I will double check. I'll also check with John M. how we should handle this.

Begin forwarded message:

**From:** "Hodge, Darian (USANYS)" <DHodge@usa.doj.gov>
**Date:** January 27, 2020 at 5:14:41 PM EST
**To:** "Naftalis, Joshua (USANYS)" <JNaftalis@usa.doj.gov>, "Griswold, Andrea (USANYS)" <AGriswold@usa.doj.gov>, "Nicholas, Max (USANYS)" <MNicholas@usa.doj.gov>
**Subject: EOUSA-2020-000663 FOIA Request**

Since this is an active case, I need to get your input on this.

Thanks!

Request #1: Any emails sent to or from Joshua Naftalis (joshua.naftalis@usdoj.gov), Assistant United States Attorney for the Southern District of New York, on October 29, 2018, October 30, 2018, or October 31, 2018, concerning the

substance or content of any draft or actual plea allocution relating to Anilesh Ahuja, Amin Majidi, Jeremy Shor or Premium Point Investments (also referred to as "PPI").

Request #2: All versions (whether in electronic or hardcopy form) of any draft or actual plea allocution concerning Anilesh Ahuja, Amin Majidi, Jeremy Shor or Premium Point Investments, created or modified by AUSA Joshua Naftalis, United States Attorney's Office for the Southern District of New York, on October 29, 2018, October 30, 2018 or October 31, 2018.

_____

Darian Hodge

<image003.png>

SDNY_PPI_00168