

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2021

<u>BY CM/ECF</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States</u> v. <u>Anilesh Ahuja, et al.</u>
             18 Cr. 328 (KPF)

Dear Judge Failla:

      I respectfully submit this letter in response to the Court's January 13, 2021 order (Dkt. 424), as amended on January 2020 (Dkt 426). Provided as Exhibit A is my sworn declaration. I am not seeking sealing or redaction of any portion of my declaration.

                                  Respectfully submitted,

                                    /s/_____
                                  Andrea M. Griswold
                                  Assistant United States Attorney
                                  (212) 637-1205

cc:    Defense Counsel