

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2021

BY CM/ECF

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Anilesh Ahuja, et al.
                18 Cr. 328 (KPF)

Dear Judge Failla:

     I respectfully submit this letter to submit the sworn declaration of former AUSA Max Nicholas in response to the Court's January 13, 2021 order (Dkt. 424), as amended on January 2020 (Dkt 426).  As Mr. Nicholas is no longer on the docket in this matter, I was asked to file the declaration on ecf.  I was sent Mr. Nicholas' declaration after I filed my own declaration.

                               Respectfully submitted,

                               /s/_____
                               Andrea M. Griswold
                               Assistant United States Attorney
                               (212) 637-1205

cc:      Defense Counsel