UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 328 (KPF) |
| ANILESH AHUJA and JEREMY SHOR, | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the sworn declarations of Joshua Naftalis, Andrea Griswold, and Max Nicholas (Dkt. #428-430), and is now ready to proceed to briefing on Defendants Ahuja and Shor's anticipated motions. The parties are directed to confer and submit to the Court a proposed briefing schedule on or before **February 18, 2021**.

SO ORDERED.

Dated: February 16, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge