**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3311

WRITER'S DIRECT FACSIMILE
(212) 492-0311

WRITER'S DIRECT E-MAIL ADDRESS
rfinzi@paulweiss.com

March 20, 2021

**By ECF/Email**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*United States* v. *Anilesh Ahuja*, 18 Cr. 328 (KPF)

Dear Judge Failla:

We write briefly in response to the government's letter filed this morning. We apologize to the government and to the Court for not seeking the government's view before filing our letter.

As to the requested extension itself, we note that the issues before the Court involve an extensive record that played out over the course of years, and included discovery, pre-trial motion practice, Rule 17(c) subpoenas, trial, post-trial proceedings, a stayed appeal, further post-trial proceedings, and a defense FOIA request. The issues likewise involve multiple cooperating witnesses and their lawyers. Our request for more time to prepare our motions is not based on a desire to prolong or delay these proceedings, but rather to present the Court with what we believe are serious issues in as efficient a form as possible.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Katherine Polk Failla                                                                 2

      With respect to the government's conflicts, we are of course willing to accommodate any scheduling issues that bear on the government's opposition and, if the Court allows it, oral argument on the motions. We reached out to the government shortly after receiving their letter this morning but have not yet heard back and wanted to submit this letter before the Court ruled on our request.

      Respectfully submitted,

Roberto Finzi
Richard C. Tarlowe

cc:    Counsel of Record