UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                  v.<br><br>ANILESH AHUJA, a/k/a "Neil," and<br>JEREMY SHOR,<br><br>                              Defendants. | No. S1 18 Cr. 328 (KPF) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, together with the attached exhibits, defendants Anilesh Ahuja and Jeremy Shor, through counsel, move this Court, before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, for an order dismissing the indictment with prejudice, or, in the alternative, a new trial, as detailed in the attached memorandum of law, and for such other relief as the Court may deem just and proper.

Respectfully submitted,

Dated:  April 2, 2021

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ Roberto Finzi
Roberto Finzi
Richard C. Tarlowe
1285 Avenue of the Americas
New York, New York 10019-6064
T:  212-373-3000
rfinzi@paulweiss.com

KIRKLAND & ELLIS LLP
John P. Del Monaco
601 Lexington Avenue
New York, New York 10022
T: 212-446-4800
*Attorneys for Anilesh Ahuja*

WEDDLE LAW PLLC
Justin S. Weddle
Julia I. Catania
250 West 55th Street, Floor 30
New York, New York 11226
T: 212-997-5518
*Attorneys for Jeremy Shor*