UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 328 (KPF) |
| ANILESH AHUJA and JEREMY SHOR, | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a conference on **December 17, 2021, at 9:30 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  At the conference, the Court will issue an oral decision resolving (i) Defendants Anilesh Ahuja and Jeremy Shor's joint motion to dismiss the indictment or for a new trial (Dkt. #446-47) and (ii) Mr. Shor's related motion for monetary sanctions (Dkt. #448).

SO ORDERED.

Dated:  December 13, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge