# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:18-cr-00328-KPF-1-3

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of December, two thousand twenty-one.

Before:     José A. Cabranes,
                *Circuit Judge.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 27 2021
```

United States of America,

    Appellee,

**ORDER**

Docket Nos. 19-3936(L), 19-4122(Con)

v.

Jeremy Shor, Anilesh Ahuja, AKA Neil,

    Defendants - Appellants.

Appellants jointly move for a limited remand pursuant to Federal Rule of Appellate Procedure 12.1(b) for the purpose of allowing the district court to rule on the Appellants' motion for a new trial.

IT IS HEREBY ORDERED that the motion for limited remand is GRANTED, absent objection. The parties must promptly notify the circuit clerk when the district court has decided that motion on remand.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/27/2021