UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANILESH AHUJA and JEREMY SHOR,<br><br>Defendants. | 18 Cr. 328 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 17, 2021, the Court stated, pursuant to Federal Rule of Criminal Procedure 37, that it would grant Defendants Anilesh Ahuja and Jeremy Shor's motion for a new trial if the United States Court of Appeals for the Second Circuit were to remand the case back to this Court for that purpose. (Dkt. #456). On December 27, 2021, the Second Circuit remanded the case to this Court for the limited purpose of ruling on Defendants' motion for a new trial. (Dkt. #459).

For the reasons set forth at the December 17, 2021 conference, the Court hereby GRANTS Defendants' motion for a new trial. (*See* Minute Entry for December 17, 2021).

The parties are directed to submit a joint letter proposing the next steps in this case on or before **January 14, 2022**.

SO ORDERED.

Dated:  December 28, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge