

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2022

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v. Anilesh Ahuja & Jeremy Shor*
          18 Cr. 328 (KPF)

Dear Judge Failla:

    Since the joint January 13, 2022 letter submitted by the Government, the parties have continued to spend substantial time conferring. The parties now write jointly to respectfully request an additional one week adjournment, until February 7, 2022, to submit a joint letter proposing next steps.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Andrea M. Griswold
    Assistant United States Attorney
    (212) 637-1205

cc: Counsel of record (by e-mail)