

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2022

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Anilesh Ahuja & Jeremy Shor*
               18 Cr. 328 (KPF)

Dear Judge Failla:

      Since the joint January 31, 2022 letter submitted by the Government, the parties have continued to spend substantial time conferring. The parties now write jointly to respectfully request an additional adjournment, until February 16, 2022, to submit a joint letter proposing next steps. The parties do anticipate that they will be in a position to provide a substantive update on or before that date.

                                     Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

              By:   /s/
                                       Andrea M. Griswold
                                       Assistant United States Attorney
                                       (212) 637-1205

cc: Counsel of record (by e-mail)

---

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry
472.
                                              SO ORDERED.


Dated:   February 8, 2022
         New York, New York
                                              HON. KATHERINE POLK FAILLA
                                              UNITED STATES DISTRICT JUDGE
```