UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANILESH AHUJA,<br><br>Defendant. | 18 Cr. 328 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Pretrial Services Office for the Southern District of New York is hereby directed to return Defendant Anliesh Ahuja's passport to his counsel.

SO ORDERED.

Dated: April 22, 2022
       New York, New York

                                                                       KATHERINE POLK FAILLA
                                                                       United States District Judge